# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MONTE HOISINGTON,

*Plaintiff*

v.

WILLIAM D. ACEY, Superior Court Judge, Asotin County, WA, et al.,

*Defendant*

Civil Action No. CV-13-318-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to 28 U.S.C. Setion 1915(e)(2)(B), Plaintiff's Complaint is Dismissed for failure to state a claim upon which relief can be granted and/or because it seeks relief from Defendants who are immune from such relief and/or because it seeks relief which requires this Court to abstain from interference in ongoing state court proceedings. Judgment of dismissal is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: September 16, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb